ADAMS *v.* BARGER, JUDGE, ETC.

[No. 0-466. Filed December 6, 1956.]

*Walter Milton Adams, pro se.*

PER CURIAM.—The petitioner has filed what he calls a Verified Petition for a Writ of Mandamus to compel the Judge of the Shelby Circuit Court to act upon a motion requiring the clerk thereof to furnish a transcript for an appeal. The petition filed herein fails to comply with Rule 2-35 in that there are no certified copies of pleadings, orders, and entries of the lower court upon which the petition is based.

The petition, therefore, is dismissed.

NOTE.—Reported in 138 N. E. 2d 294.